```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08070
    JAMES JACHIM
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

              Debtor
    SSN XXX-XX-4144


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/02/2007 and was not confirmed.

     The case was dismissed without confirmation 08/09/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00            .00           .00
CUBSA INC                 UNSEC W/INTER     1520.00            .00           .00
CB USA INC                UNSEC W/INTER   NOT FILED            .00           .00
CB USA INC                UNSEC W/INTER   NOT FILED            .00           .00
COLLECTION COMPANY OF AM  UNSEC W/INTER   NOT FILED            .00           .00
DENTAL COLLECTION FIRM    UNSEC W/INTER   NOT FILED            .00           .00
DEPENDON COLLECTION SE    UNSEC W/INTER   NOT FILED            .00           .00
DEPENDON COLLECTION SE    UNSEC W/INTER   NOT FILED            .00           .00
DEPENDON COLLECTION SE    UNSEC W/INTER   NOT FILED            .00           .00
DISTRICT EFCU             UNSEC W/INTER   NOT FILED            .00           .00
DISTRICT EFCU             UNSEC W/INTER   NOT FILED            .00           .00
DISTRICT EFCU             UNSEC W/INTER   NOT FILED            .00           .00
GEN MOTORS ACCEPTANCE     SECURED VEHIC     2430.67            .00           .00
ILLINOIS COLLECTION SERV  UNSEC W/INTER   NOT FILED            .00           .00
MEDICAL COLLECTION        UNSEC W/INTER   NOT FILED            .00           .00
MEDICAL COLLECTION        UNSEC W/INTER   NOT FILED            .00           .00
MERCHANTS CREDIT GUIDE C  UNSEC W/INTER   NOT FILED            .00           .00
MRSI                      UNSEC W/INTER   NOT FILED            .00           .00
MRSI                      UNSEC W/INTER   NOT FILED            .00           .00
MRSI                      UNSEC W/INTER   NOT FILED            .00           .00
MRSI                      UNSEC W/INTER   NOT FILED            .00           .00
MRSI                      UNSEC W/INTER   NOT FILED            .00           .00
NATIONWIDE CREDIT CO      UNSEC W/INTER   NOT FILED            .00           .00
NICOR GAS                 UNSEC W/INTER   NOT FILED            .00           .00
NUVELL FINANCIAL          UNSEC W/INTER   NOT FILED            .00           .00
OSI COLLECTION SERVICES   UNSEC W/INTER   NOT FILED            .00           .00
PALISADES COLLECTION LLC  UNSEC W/INTER      426.00            .00           .00
PELLETTIERI & ASSOC       UNSEC W/INTER   NOT FILED            .00           .00
RMI/MCSI                  UNSEC W/INTER     3029.88            .00           .00
RMI/MCSI                  UNSEC W/INTER   NOT FILED            .00           .00
RMI/MCSI                  UNSEC W/INTER   NOT FILED            .00           .00
RMI/MCSI                  UNSEC W/INTER   NOT FILED            .00           .00
RMI/MCSI                  UNSEC W/INTER   NOT FILED            .00           .00
ROUNDUP FUNDING LLC       UNSEC W/INTER     1508.19            .00           .00
GMAC                      SECURED NOT I     2430.67            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 08070 JAMES JACHIM
```

```
COUNTRYWIDE HOME LENDING MORTGAGE ARRE   20000.00                           .00                .00
COUNTRYWIDE HOME LOANS I NOTICE ONLY    NOT FILED                           .00                .00
BENNIE W FERNANDEZ       DEBTOR ATTY         .00                                               .00
TOM VAUGHN               TRUSTEE                                                               .00
DEBTOR REFUND            REFUND                                                                .00

        Summary of Receipts and Disbursements:
 -----------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
 -----------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                          ---------------    ---------------
TOTALS                          .00                  .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 12/05/07              _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 07 B 08070 JAMES JACHIM